CSD 3061 [07/01/18]
Name, Address, Telephone No. & I.D. No.
BRIAN T. HARVEY (SBN: 238991)
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017
Telephone: 213.891.0700 / Fax: 213.896.0400
E-mail: bharvey@buchalter.com

Order Entered on
June 17, 2021
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re VINCENT A. DI NINO and ANGELIQUEA M. DI NINO

Debtor

Bankruptcy No. 18-04189-LA7

STRATEGIC FUNDING SOURCE, INC., a New York corporation

Plaintiff(s)

Adversary No. 18-90182-LA

v. VINCENT A. DI NINO and ANGELIQUEA M. DI NINO

Defendant(s)

## ORDER TO APPEAR FOR EXAMINATION

The court orders as set forth on the continuation pages attached and numbered 1 through 3 with exhibits, if any, for a total of 3 pages. Application Docket Entry No. 39 .

//
//
//
//
//

DATED: June 17, 2021

_____
Judge, United States Bankruptcy Court

**This order must be served not less than 14 days prior to the date set for examination.**

CSD 3061                                            [Continued on Page 2]

CSD 3061 (Page 2)[07/01/18]
ORDER TO APPEAR FOR EXAMINATION
DEBTOR:                                                                                          CASE NO.:18-04189-LA7
                                                                                                 ADV. NO.:18-90182-LA

1. TO (name): VINCENT A. DI NINO

2. YOU ARE ORDERED TO APPEAR personally at the place, date, and time specified below to

   a. ☒ furnish information to aid in enforcement of a money judgment against you,
   b. ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor, or
   c. ☐ answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| PLACE | DATE AND TIME |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West "F" Street, Department 2 — Room 118<br>San Diego, California 92101-6991 | August 5, 2021 at 2 P.M. |

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person

   (name):

CSD 3061

Signed by Judge Louise DeCarl Adler June 17, 2021

CSD 3061 (Page 3)[07/01/18]
ORDER TO APPEAR FOR EXAMINATION
DEBTOR:                                                                                CASE NO.:18-04189-LA7
                                                                                        ADV. NO.:18-90182-LA

---

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

NOTICE TO JUDGMENT DEBTOR:  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

---

### APPEARANCE OF A THIRD PERSON
### (ENFORCEMENT OF JUDGMENT)

(1)     NOTICE TO PERSON SERVED:  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2)     NOTICE TO JUDGMENT DEBTOR:  The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt.  This property or debt is as follows *(Describe the property or debt using typewritten capital letters):*

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination.  You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

---

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

NOTICE TO PERSON SERVED:  if you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

---

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION,
### TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined:  officers, directors, managing agents, or other persons who are familiar with your property and debts.

---

CSD 3061

Signed by Judge Louise DeCarl Adler June 17, 2021