# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 6/17/2021 |
| Case: 18–90182–LA | Form ID: pdfO1 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
aty          Brian T. Harvey          bharvey@buchalter.com
aty          Jeannie Kim          jkim@friedmanspring.com

                                                                                          TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla          Strategic Funding Source, Inc.          Buchalter, a Professional Corporation          c/o Jeannie Kim          55 2nd St. 17th Fl.          San Francisco, Ca 94105
dft          Vincent A Di Nino          4231 Balboa Ave., Apt. 1079          San Diego, CA 92117
dft          Angeliquea M Di Nino          4231 Balboa Ave., Apt. 1079          San Diego, CA 92117

                                                                                          TOTAL: 3